ORIGINAL



FILED

DEC - 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
RICHARD L SILVEIRA ) Case No. 07-50666 SLJ
)
TIFFANY RAE HERAUF ) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtors )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2480289 for an unclaimed dividend in the amount of $0.17. The name and address of the claimant entitled to the unclaimed dividend is as follows;

Claim # 73    ARSTRAT LLC
              208719 72ND ST AVE S #305
              KENT, WA  98032

Dated: December 02, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE